NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3298

LOUIS J. DE MAIO,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH0831060036-I-1.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Louis J. De Maio moves to strike the brief submitted by the Office of Personnel

Management and submits another motion for a stay.*

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied. Future motions will be reviewed and, if repetitive of

previous motions filed by De Maio, may be rejected by the clerk.

FOR THE COURT

AUG 3 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Louis J. De Maio
Michael J. Dierberg, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2009

JAN HORBALY
CLERK

_____
* The court previously denied similar motions filed by De Maio.